IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 18 2014
12:36 pm
CLERK, U.S. DISTRICT COURT
By ______ Deputy

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Johnny Dewayne Lewis #1879387
Plaintiff's name and ID Number
Lindsey State Jail
1620 FM 3344 Jacksboro TX 76458
Place of Confinement

CASE NO: 4-14CV-673 Y
(Clerk will assign the number)

v. Corrections Corporation of America
Warden Mary Bradin 1620 FM 3344 Jacksboro TX 76458
Defendant's name and address

John R Lindsey State Jail
U.T.M.B. Vickie Easter. 1620 FM 3344 Jacksboro TX 76458.
Medicial Administrator.
Defendant's name and address

Correctional Managed Health care
Allen Hightower - Director. P.O Box 99 Huntsville TX 77342.
Defendant's name and address
(DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment? X YES ____ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: [illegible]

2. Parties to previous lawsuit:
   Plaintiff(s): JOhNNY Lewis

   Defendant(s): STATe OF TeXAS

3. Court (If federal, name the district; if state, name the county) NORThern OF ABIlene.

4. Docket Number: 1:13-CV-101

5. Name of judge to whom case was assigned: CUMMINS.

6. Disposition: (Was the case dismissed, appealed, still pending?)

   STIll penDING

7. Approximate date of disposition: ____

JOHN R LINDSEY STATE JAIL

II. PLACE OF PRESENT CONFINEMENT: 1620 Fm 3344 JACKSboro TX 76458

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? XX YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THE SUIT:

A. Name of address of plaintiff: JOHNNY DEWAYNE LEWIS. John R. LINDSEY STATE JAIL 1620 Fm 3344 JACKSboro TX 76458.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: CORRECTIONS CORPORATION OF AMERICA. presendent DAMON HINING. 10 BURTON Hills Blvd NAshville TN 37215

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #2: WARDEN MARY BRANDIN. John R LINDSEY STATE JAIL. 1620 Fm 3344 JACKSboro TX 76458.

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

CARE OF OFFENDERS, APPLY POLICY.

Defendant #3: CORRECTIONAL MANAGED HEALTHCARE Allen HIGhTOWER - DIRECTOR - P.O BOX 99 HUNTSVILLE TX 77342

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

CARE OF OFFENDERS ON UNIT.

Defendant #4: UNIVERSITY OF TEXAS medicAl BRANCH - UTMB MEDICIAL ADMINISTRATOR VICKIE EASTER John R LINDSEY STATE JAIL 1620 Fm 3344 JACKSboro TX 76458

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

QUALITY OF CARE OF OFFENDERS.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

There Has been MANY ATTEMPTS TO Resolve MEDICIAL Need BUT MEDICIAL STAFF Files FAlse REPORTS OR ABuse AUTHORITY. MEDICIAL TOOK "KOP" Keep on Person And MADE IT Pill WINDOW Only MEDICATIONS THAT OTHER OFFENDERS HAS in Their Possesion. THis IS JUST ONE ACT OF Their BehIVORS TOWARD OFFENDERS. THe ACTS OF Their ACTIONS TO HAVE ONE DOCTOR FOR THE whole UNIT. IF SEEN IT IS A Person NOT QUALIFIED in Knowledge For proper TREATMENT. So IT Goes UNTREATED.

THe SICK CAll HAS NO Remedy Due To ITS NO DOCTOR TO See you. YOUR TOLD you will See DOCTOR in week OR TWO. PAIN Goes ON. DOCTOR IS ON UNIT ONCE A WEEK ONLY.

THe TREATMENT IS UNCONSTITUTIONAl To Keep BEING HARMED AN NO Timely Response From MEDICIAL.

MEDICIAL Denies TREATMENT For Serious MEDICIAL NEEDS. MEDICATIONS IF GIVEN Does NOT help in Any WAY.

MENTAL Cruelty INFlicted.

DISAbility RIGhTS NETWORK OF PENNSYLVANIA V. WETZEL. U.S.D.C (M.D. PENN) CASE NO 1:13-CV-00635-JEJ

even Though certain conditions might not be UNCONSTITUTIONal on Their own, They add up To create An overall effect That is UNCONSTITUTIONAl. PAlmer V. Johnson 193 F.3d 346 (5TH cir. 1999) multiple conditions add up To create a single, identifiable harm Wilson V. Seiter, 501 U.S. 294, 305 (1991) inmates rely on Prison Authorities To Treat OUR MEDICIAL Needs. AUTHORITIES Fail To DO SO Those Needs will not be met " Estelle V. Gamble, 429 U.S 97, 103 (1976) Eighth Amendment Guarantee. inmates Need adequate medical care has been violated.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ADMITED TO A PSYCHIATRIC UNIT 2-08-13 Released TO STATE JAIL 9-22-13 FOR demenbi'A. Given "GEODON" medications. John R Lindsey TOOK THIS MEDICATION AWAY. Severe Head Aches CHRONIC. CARBAMZEPINE 200MG. GEODON 20MG TWICE DAILY. OMEPRAZOLE 20 MG. Severe PAIN WITHOUT MEDICATIONS. AS well AS Severe Sholder PAIN. HAS TROUBLE EATING SLEEPING. CANT LIFT ARMS ABOVE SHOLDERS. MEDICATIONS GIVEN HAS NO Remedy WHAT SO EVER. DENIED MEDICIAL ATTENTION 4-10-14. MEDICIAL PERSONAL Denies MEDICIAL ATTENTION AT Times. GIVEN MEDICATIONS AND FIND OUT LATTER IT WAS NEVER ORDERED FROM PHARMACY HUNTSVILLE. DENIED. Therpy For sholders AT MONTFORD UNIT. DENIED ANY Type OF MEDICIAL FOR SHOLDERS. GIVEN MEDICATIONS THAT Will NOT STOP PAIN.

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Johnny Dewayne Lewis

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

#1558124 . #1879387

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? X YES ___ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): SAME CASE.
2. Case Number: ______
3. Approximate date sanctions were imposed: ______
4. Have the sanctions been lifted or otherwise satisfied? _____ YES _____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? X YES ___ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): FORT WORTH. NORTHERN.
2. Case number: SAME CASE
3. Approximate date warning were imposed: ___

Executed on: 8-7-14 (Date)

JOHNNY DEWAYNE LEWIS (Printed Name)

[signature] (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this 7 (Day) day of AUGUST (Month), 20 14 (Year).

JOHNNY LEWIS. (Printed Name)

[signature] (Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

C1-56



LN-7

# Texas Department of Criminal Justice

# STEP 2

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

**Grievance #:** 2014130508

**UGI Recd Date:** MAY 13 2014

**HQ Recd Date:** MAY 16 2014

**Date Due:** 6-27

**Grievance Code:** 608

**Investigator ID #:** 332

**Extension Date:** 8-11

**Offender Name:** Johnny Lewis **TDCJ #** 1879387

**Unit:** Lindsey **Housing Assignment:** C-1-28

**Unit where incident occurred:** 1620 Fm 3344

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

NO REASON FOR ME TO PUT IN A SCR DUE TO I WAS TO SEE DOCTOR ON 4-10-14 DUE TO NURSE PUT ME IN TO SEE DOCTOR ON 4-09-14, PROPER PROTOCAll WAS FOllowED ON MY PART TO NOTIFI MEDICAL OFFICER THERE WAS A SAFETY ISSUE AT HAND, V. EASTER BY I 60 RETURN STATED THAT I WAS TO INFORM NURSES OF A ISSUE WITH SAFETY "NOT" MEDICAL OFFICER TO COVER UP BEING DENIED MEDICAL TREATMENT, All PROPER ACTIONS WAS FOllowED ON MY PART. I HAVE 3 I 60 FROM V. EASTER TO PROVE MY FACT I WAS DENIED TREATMENT AND THAT INFACT MEDICAl ADMINISTRATION DOES HIDE FACTS AND GIVES MISLEADING INFORMATION TO All.

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

**Appendix G**

**Offender Signature:** [signature] **Date:** 5-12-14

**Grievance Response:**

A review of the Step 1 medical grievance, the response and the supporting documentation has been completed regarding your report that you were denied medical care. You reported that you submitted a Sick Call Request (SCR) and you were not seen in the medical department for your bladder concerns.

However, documentation shows that you did submit a SCR to the medical department on 04-09-2014 with concerns of urinary and bladder pains, and asking for an extra pair of boxers. You were scheduled for a medical encounter on 04-10-2014. You were scheduled to be seen by the provider but declined to wait your turn to be evaluated. You stated that "I am not going to sit here and wait on her all day". You were told by security that you could go home and come back later but the nurse informed both the officer and you that if you left the infirmary prior to being seen, your appointment would be marked down as a refusal of treatment. You chose to leave the medical department after being told that it would be a refusal. You submitted a SCR on 04-14-2014 stating that you had a problem being placed in the waiting room of the medical department due to other offender's that have made threats against you. You were informed that if you informed the medical officer and the medical staff of this concern that arrangement will be made for you to wait in your dorm until the provider is ready to examine you. This issue was not brought forth previously and had no bearing on the medical encounter that you did not want to wait for on 04-10-2014. You were scheduled to be seen in medical on 04-16-2014 and again left prior to being seen. You submitted a SCR on 04-24-2014 and stated that since you were denied medical care on 04-10-2014, you had filed a grievance. You were seen on 04-24-2014 to discuss your SCR concerning your missed appointments and your grievance. During this encounter you accused the nurse of "fibbing" and that you would handle this through your attorney and at that
time the medical encounter ended. Documentation shows that you have not been denied access to medical care at this time. Should you feel that your condition requires further evaluation you may submit a Sick Call Request to the medical department.

**Signature Authority:** STEP II MEDICAL GRIEVANCE PROGRAM OFFICE OF PROFESSIONAL STANDARDS TDCJ HEALTH SERVICES DIVISION **Date:** 7-28-14

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible. ***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments. ***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening languag**
- ☐ **6. Inappropriate. ***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ________
**Date UGI Recd:** ________
**Date CGO Recd:** ________
**(check one)** ____Screened ____Improperly Submitted
**Comments:** ________
**Date Returned to Offender:** ________

**2nd Submission** **CGO Initials:** ________
**Date UGI Recd:** ________
**Date CGO Recd:** ________
**(check one)** ____Screened ____Improperly Submitted
**Comments:** ________
**Date Returned to Offender:** ________

**3rd Submission** **CGO Initials:** ________
**Date UGI Recd:** ________
**Date CGO Recd:** ________
**(check one)** ____Screened ____Improperly Submitted
**Comments:** ________
**Date Returned to Offender:** ________



# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2014130508 |
| Date Received: | APR 18 2014 |
| Date Due: | 5-28-14 |
| Grievance Code: | 608 |
| Investigator ID #: | #2131 |
| Extension Date: | |
| Date Retd to Offender: | MAY 10 2014 |

Offender Name: Johnny D Lewis TDCJ #: 1879387

Unit: Lindsey Housing Assignment: C-1-28

Unit where incident occurred: 1620 FM 3344 Jacksboro, TX 76458

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? V. Easter RN When? 4-14-14 4-16-2014

What was their response? I.60 Arrangements to be made so be in dorm. / and your cronic care was rescheduled I60. ~~4-16-14 10:40~~.

What action was taken? Was not seen at all for medical issues. APR 18 2014

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

APR 18 2014

In This Grievance I would show "Negligence" for "Serious medical needs" I have a right to medical care guaranted by the Eighth Amendment which prohibits cruel and unusual punishment. On 4-10-14 Lindsey medical staff has denied or unreasonably delayed my right access to proper medical care in violation to the Eight Amendment by medical staff Ms Nash Failed her duty to provide medical care. "Failed to use reasonable care" for my chronic condition "Hypertension" as well as for a "Serious medical needs" as in blood in urin. I was denied to see a medical doctor on 4-10-14 as this time I have had slight blader pains hard to urinate, I have been denied extra cloths due to urin release in both sets I have had and medicle fails to help with extra pair so Im not in urin soaked cloths. C-1 dorm from high up rank did inform medical officer that any C-1 offenders are not to be in waiteing room due to conflicts with other offenders from other dorms. medical staff Ms Nash did infact violate that order. As a I60 return dated 4-14-2014 stateing. Arrangments are made for you to wait in your dorm until provider or nurse is ready to examine you. per VEaster RN. APR 18 2014

"Intentional Infliction of Emotional Distress" by nurse Ms Nash denial for me to see doctor for blader with trace of blood

APR 18 2014

IN SPECISMEN ON 4-09-14 THAT I NEEDED TO SEE DOCTOR. APR 18 2014

APR 18 2014 APR 18 2014 APR 18 2014 APR 18 2014 APR 18 2014

**Action Requested to resolve your Complaint.** TO RECIVE CONSTITUTIONALY ADEQUITE MEDICAL CARE IN A SAFE ENVIROMENT.

APR 18 2014

Offender Signature: [signature] Date: 4-18-14

Grievance Response:

You have not been denied medical care. You have been informed that your Chronic Care Clinic was rescheduled on 4/10/14 and that you needed to resubmit a SCR for your Urinary Tract Symptoms. As of today's date you have not submitted a SCR for this complaint since 4/10/14. A medical officer is constantly present in the medical department maintaining a safe environment. At this time your medical grievance is denied.

Signature Authority: V Easter RN FNM UA Date: 4-28-14

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ______
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ______

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ______

OFFICE USE ONLY

**Initial Submission** UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**2nd Submission** UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**3rd Submission** UGI Intitials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2014139478

Date Received: MAY 05 2014

Date Due: 6-14-14

Grievance Code: 815

Investigator ID #: I2131

Extension Date:

Date Retd to Offender: MAY 10 2014

Offender Name: Johnny Lewis TDCJ # 1879387

Unit: Linosey Housing Assignment: C-1-28

Unit where incident occurred: 1620 Fm 3344 Jacksboro TX 76458

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Medical Administrator "V Easter" When? 4-28-14 8:20AM

What was their response? Alligations that "I Refused medical on 4-10-14.

What action was taken? False Alligations in 2 statements by two medical staff.

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

MAY 05 2014 MAY 05 2014

I was informend in a meeting on 4-24-14 at 8:20 AM that two medical personal wrote statements on a insident that they never heard the complete conversation. Thay filed false reports. MAY 05 2014

The medical personal wrote false statements knowingly that thay only heard the last part of a conversation from myself as well as securty Ms Wright. MAY 05 2014

MAY 05 2014

Securty Ms Wright was informend as required. Medicial staff as well as V. Easter did violate the PD 22 Rule 23 mistreatment of offenders. MAY 05 2014

Rule 49. misuse of official authority or information.

Rule 5. Recklless Endangerment MAY 05 2014

Rule 8. Failure to follow proper safety procedures.

MAY 05 2014

It is clear that medical personal will file false reports to hide their mistakes in their job duty. And that it is a cover up for the [illegible] take in to deny treatment.

TDCJ G MAY 05 2014

I-127 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

**Appendix F**

2014 [illegible] 45

MAY 0 5 2014 MAY 0 5 2014 MAY 0 5 2014 MAY 0 5 2014 MAY 0 5 2014

**Action Requested to resolve your Complaint.** MAY 0 5 2014 THIS BE INVESTIGATED AGAIN AND RECORD SHOW MEDICIAL STAFF DID FILE FALSE REPORT, THAT YOU SPEAK WITH MS WRIGHT AGAIN MAY 0 5 2014

Offender Signature: [signature] Date: 5-2-14

Grievance Response:

Administration has investigated your allegations. There's not enough evidence to support your allegation. No further action needed.

Signature Authority: [signature] Date: 5-9-14

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ________

OFFICE USE ONLY

**Initial Submission** UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**2nd Submission** UGI Initials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____

**3rd Submission** UGI Intitials: ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Offender: ____
Date Returned to Offender: ____



LN C-26

# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2014139478

UGI Recd Date: MAY 13 2014

HQ Recd Date: MAY 16 2014

Date Due: 6-17

Grievance Code: 815

Investigator ID #: I1687

Extension Date:

Offender Name: Johnny Lewis TDCJ # 1879387

Unit: Lindsey LN Housing Assignment 28

Unit where incident occurred: 1620 FM 331 Jacksboro TX.

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

TWO STATEMENTS WRITEN BY MEDICAL STAFF ON 4-10-14 THAT SUPPORTS MY I127. THEM STATEMENTS WAS USED TO DENY I127 "2014130508" THE OFFICER EVEN TOLD OFFICIALS THEIR STATEMENTS WAS FALSE, EVEN IN A MEETING I WAS TOLD MEDICIAL STAFF ALWAYS BELIVES THE REASON IS BECAUSE 998 DENY MEDICAL TREATMENT THAT IS WHY THAY WROTE THEM STATEMENTS. C/O'S STATEMENT PROVES I AM RIGHT ABOUT THIS, LOOK AT MEDICAL STAFFS STATEMENTS AND LOOK AT C/O'S FROM 4-10-14.

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

Appendix G

**Offender Signature:** [signature] **Date:** 5-12-14

**Grievance Response:**

Lewis, Johnny #1879387
2014139478

Your Step 2 grievance has been reviewed by our office. An investigation was conducted into your allegations of medical staff providing false statements regarding your departure from the medical department on April 10, 2014. Statements from staff were obtained and reviewed along with the investigative documentation from your previously filed grievance (#2014130508). No evidence was discovered to support your allegations. In the absence of evidence, action from this office is not warranted.

Kenneth Gaston
Deputy Director of Operations
Private Facility Contract Monitoring/Oversight Division

**Signature Authority:** [signature] **Date:** 6/2/14

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible. ***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments. ***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening languag**
- ☐ **6. Inappropriate. ***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:**______
**Date UGI Recd:**______
**Date CGO Recd:**______
(check one) ____Screened ____Improperly Submitted
**Comments:**______
**Date Returned to Offender:**______

**2nd Submission** **CGO Initials:**______
**Date UGI Recd:**______
**Date CGO Recd:**______
(check one) ____Screened ____Improperly Submitted
**Comments:**______
**Date Returned to Offender:**______

**3rd Submission** **CGO Initials:**______
**Date UGI Recd:**______
**Date CGO Recd:**______
(check one) ____Screened ____Improperly Submitted
**Comments:**______
**Date Returned to Offender:**______

**I-128 Back (Revised 11-2010)**

**Appendix G**

Created By Pearl EMR
Schema: CMCP

Report Date/Time: 10/17/2013 03:35:26P

## Medication Print Pass

4B2

**ALLERGIES:**
RISPERIDONE

*LIND (LN)*

**PATIENT: LEWIS, JOHNNY D MRN: 1879387 DOB: 11/30/197 HOUSING: ~~C2 BED 14~~**

**AMLODIPINE 5MG TABLET** — Rx ID: 16365188
1 TABS ORAL DAILY for 30 Days — REFILLS: 0 / 11
RX DATE: 10/17/2013 02:05:47PM RUN START DATE: 10/17/2013 02:05:00PM RUN END DATE: 11/16/2013 02:05:00PM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 10/12/2014 02:05:00PM
ORDERING PROVIDER: JOSHI, SUBHASH A M.D.
MEDICATION STATUS: ACTIVE ENTRY USER: JOSHI, SUBHASH A M.D.

---

**CARBAMAZEPINE 200MG TABLET** — Rx ID: 16288501
1 TABS ORAL EVERY MORNING for 30 Days NEW STATE JAIL INTAKE; CONVERTED FROM TDCJ MONTFORD UNIT. — REFILLS: 0 / 0
RX DATE: 10/02/2013 01:21:02PM RUN START DATE: 10/02/2013 01:15:00PM RUN END DATE: 11/01/2013 01:15:00PM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 11/01/2013 01:15:00PM
ORDERING PROVIDER: FLEMING, SUZZAN B NP
MEDICATION STATUS: ACTIVE ENTRY USER: GUINN, KENNETH W L.V.N.

Took

---

**CARBAMAZEPINE 200MG TABLET** — Rx ID: 16288513
2 TABS ORAL EVERY EVENING for 30 Days NEW STATE JAIL INTAKE; CONVERTED FROM TDCJ, MONTFORD UNIT. — REFILLS: 0 / 0
RX DATE: 10/02/2013 01:21:02PM RUN START DATE: 10/02/2013 01:16:00PM RUN END DATE: 11/01/2013 01:16:00PM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 11/01/2013 01:16:00PM
ORDERING PROVIDER: FLEMING, SUZZAN B NP
MEDICATION STATUS: ACTIVE ENTRY USER: GUINN, KENNETH W L.V.N.

---



**GEODON 20MG CAPSULE #** — Rx ID: 16288468
1 CAPS ORAL TWICE DAILY for 30 Days CONVERTED FROM TDCJ TO NEW STATE JAIL INTAKE; PREVIOUSLY HAD NON-FORM APPROVAL FROM MONTFORD UNIT, TX TECH SIDE. FOR 30 DAYS ONLY UNTIL SEEN BY MENTAL HEALTH PROVIDER. — REFILLS: 0 / 0
RX DATE: 10/02/2013 01:21:02PM RUN START DATE: 10/02/2013 01:11:00PM RUN END DATE: 11/01/2013 01:11:00PM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 11/01/2013 01:11:00PM
ORDERING PROVIDER: FLEMING, SUZZAN B NP
MEDICATION STATUS: ACTIVE ENTRY USER: GUINN, KENNETH W L.V.N.

---

**IBUPROFEN 600MG TABLET** — Rx ID: 16288558
1 TABS ORAL TWICE DAILY for 30 Days NEW STATE JAIL INTAKE; CONVERTED FROM TDCJ, MONTFORD UNIT. As Needed (PRN) — REFILLS: 0 / 0
RX DATE: 10/02/2013 01:21:03PM RUN START DATE: 10/02/2013 01:20:00PM RUN END DATE: 11/01/2013 01:20:00PM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 11/01/2013 01:20:00PM
ORDERING PROVIDER: FLEMING, SUZZAN B NP
MEDICATION STATUS: ACTIVE ENTRY USER: GUINN, KENNETH W L.V.N.

---

**LEVOTHYROXINE 0.05MG TABLET** — Rx ID: 16365193
1 TABS ORAL DAILY for 30 Days — REFILLS: 0 / 11
RX DATE: 10/17/2013 02:05:47PM RUN START DATE: 10/28/2013 02:05:00PM RUN END DATE: 11/27/2013 02:05:00PM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 10/23/2014 02:05:00PM
ORDERING PROVIDER: JOSHI, SUBHASH A M.D.
MEDICATION STATUS: ACTIVE ENTRY USER: JOSHI, SUBHASH A M.D.

---

**OMEPRAZOLE 20MG CAPSULE** — Rx ID: 16288538
1 CAPS ORAL TWICE DAILY for 30 Days NEW STATE JAIL INTAKE; CONVERTED FROM TDCJ, MONTFORD UNIT — REFILLS: 0 / 0
RX DATE: 10/02/2013 01:21:03PM RUN START DATE: 10/02/2013 01:18:00PM RUN END DATE: 11/01/2013 01:18:00PM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 11/01/2013 01:18:00PM
ORDERING PROVIDER: FLEMING, SUZZAN B NP
MEDICATION STATUS: ACTIVE ENTRY USER: GUINN, KENNETH W L.V.N.

Took

---

TOTAL FOR LEWIS, JOHNNY D 7

**Created By Pearl EMR - PHO512 CMCP**
Schema: TDCJ

Report Date/Time: 8/04/2014 08:53AM

## EMR Medication Print Pass

*Active Medications From 08/04/2014 to 08/05/2014*

*LINDSEY (LN)*

**ALLERGIES:**
RISPERIDONE

**PATIENT: LEWIS, JOHNNY D MRN: 1879387 DOB: 11/30/1972 HOUSING: C1 BED 138**

**AMLODIPINE 5MG TABLET**
Rx ID: 17798501
REFILLS: 0 / 8
1 TABS ORAL DAILY FOR 30 DAYS.
RX DATE: 08/04/2014 08:52 AM RUN START DATE: 08/05/2014 01:01 AM RUN END DATE: 09/04/2014 01:01 AM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 05/02/2015 01:01 AM
ORDERING PROVIDER: JOSHI, SUBHASH A M.D.
MEDICATION STATUS: ACTIVE ENTRY USER: EASTER, VICKY L R.N.

---

**LEVOTHYROXINE 0.15MG TABLET**
Rx ID: 17720050
REFILLS: 0 / 11
1 TABS ORAL DAILY FOR 30 DAYS.
RX DATE: 07/18/2014 09:14 AM RUN START DATE: 07/18/2014 09:12 AM RUN END DATE: 08/17/2014 09:12 AM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 07/13/2015 09:12 AM
ORDERING PROVIDER: REYNOLDS, MARK E NP
MEDICATION STATUS: ACTIVE ENTRY USER: REYNOLDS, MARK E NP

---

**LORATADINE 10MG TABLET**
Rx ID: 17720068
REFILLS: 0 / 2
1 TABS ORAL DAILY FOR 30 DAYS.
RX DATE: 07/18/2014 09:14 AM RUN START DATE: 07/18/2014 09:13 AM RUN END DATE: 08/17/2014 09:13 AM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 10/16/2014 09:13 AM
ORDERING PROVIDER: REYNOLDS, MARK E NP
MEDICATION STATUS: ACTIVE ENTRY USER: REYNOLDS, MARK E NP

---

**NORTRIPTYLINE HCL 75MG CAPSULE**
Rx ID: 17450405
REFILLS: 2 / 11
1 CAPS ORAL EVERY EVENING FOR 30 DAYS.
RX DATE: 05/23/2014 07:43 PM RUN START DATE: 07/22/2014 07:42 PM RUN END DATE: 08/21/2014 07:42 PM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 05/18/2015 07:42 PM
ORDERING PROVIDER: NATHAN, PRADAN A M.D.
MEDICATION STATUS: ACTIVE ENTRY USER: NATHAN, PRADAN A M.D.

---

**PRAVASTATIN 20MG TABLET**
Rx ID: 17720058
REFILLS: 0 / 11
1 TABS ORAL EVERY EVENING FOR 30 DAYS.
RX DATE: 07/18/2014 09:14 AM RUN START DATE: 07/18/2014 09:13 AM RUN END DATE: 08/17/2014 09:13 AM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 07/13/2015 09:13 AM
ORDERING PROVIDER: REYNOLDS, MARK E NP
MEDICATION STATUS: ACTIVE ENTRY USER: REYNOLDS, MARK E NP

---

**30D-IBUPROFEN 600MG TABLET**
Rx ID: 17637338
REFILLS: 0 / 1
KOP 1 TABS ORAL TWICE DAILY AS NEEDED FOR 30 DAYS. #30 - 1 CARD TO LAST 30 DAYS.
RX DATE: 07/02/2014 08:07 AM RUN START DATE: 07/10/2014 01:01 AM RUN END DATE: 08/09/2014 01:01 AM
ORDERING FACILITY: LINDSEY (LN) EXPIRATION DATE: 09/08/2014 01:01 AM
ORDERING PROVIDER: FLEMING, SUZZAN B NP
MEDICATION STATUS: ACTIVE ENTRY USER: EASTER, VICKY L R.N.

---

**Created By Pearl EMR - PHO512 CMCP**
Schema: TDCJ

Report Date/Time: 8/04/2014 08:53AM

## EMR Medication Print Pass

*Active Medications From 08/04/2014 to 08/05/2014*

***LINDSEY (LN)***

**ALLERGIES:**
RISPERIDONE

**PATIENT: LEWIS, JOHNNY D MRN: 1879387 DOB: 11/30/1972 HOUSING: C1 BED 138**

**RANITIDINE 150MG TABLET**

Rx ID: 17340894
KOP 1 TABS ORAL TWICE DAILY FOR 30 DAYS.
REFILLS: 3 / 5
RX DATE: 05/02/2014 03:53 PM
RUN START DATE: 07/31/2014 03:53 PM
RUN END DATE: 08/30/2014 03:53 PM
ORDERING FACILITY: LINDSEY (LN)
EXPIRATION DATE: 10/29/2014 03:53 PM
ORDERING PROVIDER: FLEMING, SUZZAN B NP
MEDICATION STATUS: ACTIVE
ENTRY USER: FLEMING, SUZZAN B NP

**TOTAL FOR LEWIS, JOHNNY D** 7

SEEN DOCTOR 7-18-14 CHANGED MEDICATION. RECIVED THIS 8-04-14. IN A MEETING WITH V EASTER 8:30AM. SHE WAS UPSAT DUE TO A I60 STATING "WHY ARE WE ALWAYS MISLEAD" THEN OUT OF SPITE SHE WAS TALKING RUDELY ABOUT A DEPT ON DENTIST THAT I BROUGHT IT TO HER ATTENTION THAT WAS NOT MY NAME ON SICK.

LINDSEY STATE JAIL
NAME Johnny Lewis
TDCJ# 1879587
HOUSING ASSIGN C-1 28
1620 FM 3344
JACKSBORO, TX 76458

Legal
414-CV-00547-0-(BJ)




RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2014 AUG 18 PM 12: 38
CLERK OF COURT

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK.
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST ROOM 310
FORT WORTH. TX 76102.

4 of 4

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION